**Eleanor R. McGreevy, Plaintiff-Appellant, v. Chicago Transit Authority, a Municipal Corporation, Defendant-Appellee.**

**Gen. No. 49,568.**

First District, Third Division.
November 19, 1964.

Harry Rubenstein, of Chicago, for appellant; William J. Lynch and William S. Allen, Erwin H. Wright, and James E. Hastings, all of Chicago, for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**